UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR VALENTINE,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

1:22-CV-6077 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Movant, currently incarcerated in the Federal Correctional Institution Allenwood Medium, in White Deer, Pennsylvania, brings this *pro se* motion seeking relief under 18 U.S.C. § 3582(c)(1)(B). Because this motion was incorrectly opened as a new civil action, the Court directs the Clerk of Court to administratively close this action, and to file this motion in *United States v. Valentine*, 7:11-CR-0626 (CS), with a July 15, 2022 file date. This order closes this action.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  July 29, 2022
           New York, New York

                                    /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge